IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC LAMAR CREASE,

      Plaintiff,                    No. CIV S-03-2619 MCE KJM P

      vs.

RICHARD D. HULSE, et al.,

      Defendants.          <u>ORDER</u>

          /

      Plaintiff is a prisoner proceeding pro se with a civil rights action. On April 8, 2005, this court entered findings and recommendations recommending that this action be dismissed for plaintiff's failure to keep the court informed of his current address.

      On April 21, 2005, plaintiff filed a change of address. Although it was not served on counsel for the defendants, counsel has reserved her motion to dismiss on plaintiff at his new address. Documents not to be served electronically are usually served by placing a copy in the U.S. mail. If an attorney has filed a document with the court on behalf of any defendants, then documents submitted by plaintiff must be served on that attorney and not on the defendants. Every document submitted in hard copy format to the court (e.g., by a prisoner proceeding pro se) must include a certificate stating the date an accurate copy of the document was mailed to

/////

1

defendants or their attorney and the address to which it was mailed. See Local Rule 5-135(b) and (c). Plaintiff is cautioned that should he fail to serve other documents and to file a proper proof of service, his case may be dismissed.

Accordingly, IT IS ORDERED that

1. The findings and recommendations of April 8, 2005 are hereby vacated.

2. Plaintiff's opposition or statement of non-opposition to defendants' motion to dismiss must be filed within thirty days of the date of this order.

3. Defendants' reply, if any, is due fifteen days after plaintiff's opposition has been filed.

DATED: May 2, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

crea2619.vfr