IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERIC LAMAR CREASE,

    Plaintiff,                                 No. CIV S-03-2619 MCE KJM P

    vs.

RICHARD D. HULSE, et al.,

    Defendants.                           <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve an opposition or statement of non-opposition to defendants' March 17, 2005 motion to dismiss in response to the court's order of May 2, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's June 27, 2005 motion for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition or statement of non-opposition to defendants' March 17, 2005 motion to dismiss. Defendants' reply, if any, is due fifteen days after plaintiff's opposition has been filed.

DATED: July 6, 2005.

                                                    UNITED STATES MAGISTRATE JUDGE

/kf crea2619.36